# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LAKEISHA SHOOTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 13-0455-CG-N |
| ) | |
| CITY OF MOBILE, et al., ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

In accordance with the Order granting the Defendants' motions for summary, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendants City of Mobile and Sergeant Carla Shumock, and against Plaintiff, Lakeisha Shoots. It is, therefore, **ORDERED** that the Plaintiff's claims against Defendants City of Mobile and Sergeant Carla Shumock are hereby **DISMISSED with prejudice**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 18th day of March, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE